BARRY H. DYLLER, ESQ.*
THERON J. SOLOMON, ESQ.
CAELIE M. SWEIGART, ESQ.**
CHAD J. SWEIGART, ESQ.**
*Also admitted in NY
**Also admitted in NJ

**DYLLER & SOLOMON, LLC**

88 NORTH FRANKLIN ST.
WILKES-BARRE, PA
T: (570) 829-4860
F: (570) 825-6675
www.dyllersolomon.com

August 9, 2023

VIA ECF

The Honorable Karoline Mehalchick
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building &
U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18501

<u>**RE:**</u> Mary Zavada v. East Stroudsburg University, et al. No. 3:22-cv-01074

Dear Judge Mehalchick,

  We represent the plaintiff in this matter. I am writing to inform Your Honor of an agreement between the plaintiff and defendant Lanette Jones. Plaintiff has agreed to dismiss Ms. Jones as a defendant in this case, as Ms. Jones has agreed to be deposed as a non-party. We will file a formal voluntary dismissal of Ms. Jones in the near future pursuant to Fed.R.Civ.P. 41(a)(1)(A).

  Because Ms. Jones will be dismissed as a party, we believe that legal matters before Your Honor concerning Ms. Jones are or shortly will become moot, Specifically, motions made by Ms. Jones and her lawyers are moot. (Docs. 21, 32, and 43). In addition, issues concerning the automatic stay which is currently in effect due to Ms. Jones filing of a chapter 13 bankruptcy are also moot. We do not believe the Court needs to decide any issue concerning the effect of the automatic stay on any aspect of this case.

  We are finalizing documentation with Ms. Jones counsel; however, we did not want the Court to spend its valuable time deciding these issues which for all practical purposes are moot. If I can provide any further information, please do not hesitate to contact me.

                Respectfully submitted,

                /s/ Barry H. Dyller

cc: all counsel (via ECF)