UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ZAVADA,<br><br>           Plaintiff,<br>   v.<br><br>EAST STROUDSBURG UNIVERSITY, et al.,<br><br>           Defendants. | CIVIL ACTION NO. 3:22-CV-01074<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 26th day of September, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that ESU Defendants' motion to dismiss (Doc. 70) is **DENIED**.

                                                                            BY THE COURT:

                                                                            *s/ Karoline Mehalchick*
                                                                            **KAROLINE MEHALCHICK**
                                                                            **United States District Judge**